UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                 :
SHIRLEY MCLEAN,                :
                                                 :
                             Plaintiff,         :
                                                 :                         22-CV-7140 (VSB)
                           -against-           :
                                                 :              **ORDER AND NOTICE OF**
DR. RUBIN ZENKER, MARGOT ZENKER,  :              **INITIAL CONFERENCE**
and Dr. JULIEN ZENKER                      :
                                                 :
                                        Defendants.  :
-------------------------------------------------------X
-

VERNON S. BRODERICK, United States District Judge:

        This case has been assigned to me for all purposes.  It is hereby:

        ORDERED that the Court will not be holding an initial pretrial conference.

        IT IS FURTHER ORDERED that, by November 18, 2022, the parties submit a joint

letter, not to exceed three (3) pages, providing the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;

2. A brief explanation of why jurisdiction and venue lie in this Court.  If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business.  If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that the parties also jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at http://nysd.uscourts.gov/judge/Broderick. The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated: October 24, 2022
New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge